UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIAN C. DIAMOND,

                                   Petitioner,

                    -v-

ACCUCOM CORPORATION, d/b/a INFROTRACER,

                                   Respondent.

24 Misc. 143 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 25, 2024, petitioner Julian C. Diamond filed this miscellaneous case to quash

a March 11, 2024 subpoena issued by respondent Accucom Corp. in the action titled, *Azuz v.

Accucom Corp., d/b/a Infotracer*, No. 21 Civ. 1182 (N.D. Ill.). On March 26, 2024, the case was

assigned to this Court.

The Court orders petitioner to serve respondent with his motion, all supporting papers,

and a copy of this order by March 28, 2024. Respondent's opposition to petitioner's motion is

due April 9, 2024. Petitioner's reply, if any, is due April 16, 2024.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: March 26, 2024
       New York, New York